An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BRADLEY J. MAMER, AN INDIVIDUAL; F. HARVEY WHITTEMORE, AN INDIVIDUAL; ANNETTE WHITTEMORE, AN INDIVIDUAL; AND THE LAKESHORE HOUSE LIMITED PARTNERSHIP, A NEVADA LIMITED PARTNERSHIP,
Appellants,
vs.
WINGFIELD NEVADA GROUP HOLDING COMPANY LLC, A NEVADA LIMITED LIABILITY COMPANY; TUFFY RANCH PROPERTIES, LLC, A NEVADA LIMITED PARTNERSHIP; AND THE FOOTHILLS AT WINGFIELD, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Respondents.

No. 61388

**FILED**

MAR 2 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



## ORDER DISMISSING APPEAL

Having considered the parties' February 12, 2013, stipulation, the stipulation is approved, and this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

_____, C.J.
Pickering

---

[1]In light of this order, and the parties' February 12 stipulation, which includes appellant Bradley J. Mamer, we deny as moot Mamer's February 8, 2013, motion to voluntarily dismiss his portion of the appeal.

13-08725

cc:     Hon. Elizabeth Goff Gonzalez, District Judge
          Leonard I. Gang, Settlement Judge
          Bowen Hall
          Bruce R. Mundy
          Pisanelli Bice, PLLC
          Robison Belaustegui Sharp & Low
          Eighth District Court Clerk